■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM PUNTER, Appellant. [635 NYS2d 14] —Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered May 29, 1992, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 10½ to 21 years, unanimously affirmed.

Defendant's current claims of improper admission of evidence of his pre-arrest silence are unpreserved (CPL 470.05). In any event, defendant's evasive answers were properly admitted as evidence of his consciousness of guilt (*People v Holland*, 174 AD2d 508, 509-510, *lv denied* 78 NY2d 1011). As additional reference to defendant's pre-trial silence was strategically elicited by defense counsel on direct examination of the defense witnesses, the prosecutor properly addressed the matter on cross-examination of those witnesses (*People v Lewis*, 177 AD2d 421, *lv denied* 79 NY2d 949).

The court's justification charge as a whole conveyed the appropriate legal principles (*People v Powell*, 168 AD2d 393, *lv denied* 78 NY2d 972), and it is clear from the record that the jury duly considered the defense. In this connection, the trial court's response to the jury's request for a definition of the term "retreat" was an appropriate and meaningful response (*see, People v Ellis*, 183 AD2d 534, 536, *affd* 81 NY2d 854).

We perceive no abuse of discretion in sentencing.

Defendant's additional claims of error are both unpreserved and without merit. Concur—Sullivan, J. P., Rosenberger, Wallach, Ross and Asch, JJ.